IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY,                       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | CIVIL ACTION |
| vs.                                              ) | |
| ) | Case No. 4:24-CV-01199 |
| GREENBRIAR VENTURE PARTNERS, LP,  ) | |
| ) | |
| Defendant.     ) | |

## NOTICE OF SETTLEMENT

Plaintiff, KIRK MACKEY, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, GREENBRIAR VENTURE PARTNERS, LP.

Plaintiff and Defendant, GREENBRIAR VENTURE PARTNERS, LP, are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 5th day of June, 2024.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        Southern District of Texas ID No. 3182479
        The Schapiro Law Group, P.L
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 5th day of June 2024.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        Southern District of Texas ID No. 3182479