Case 4:24-cv-01199   Document 10   Filed on 06/21/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, | ) |
| Plaintiff, | ) ) ) ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 4:24-CV-01199 |
| GREENBRIAR VENTURE PARTNERS, LP, | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed June 17, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, GREENBRIAR VENTURE PARTNERS, LP, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on __June 21, 2024__.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record